Joseph B. FLEMING and Aaron Colnon, as Trustees of Property of Chicago, Rock Island & Pacific Railway Company, a Corporation, Appellants, v. David B. PORTER.

No. 13659.

Circuit Court of Appeals, Eighth Circuit.

Jan. 16, 1948.

Philip Stringer, Alexander E. Horn, and McNeil V. Seymour, all of St. Paul, Minn., for appellants.

William A. Tautges, of Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal from District Court, 74 F.Supp. 378, dismissed, on stipulation of parties.

J. E. HURLEY, Petitioner, v. COMMIS-SIONER OF INTERNAL REVE-NUE.

No. 13685.

Circuit Court of Appeals, Eighth Circuit.

Jan. 9, 1948.

Leffel Gentry, of Little Rock, Ark., for petitioner.

Theron L. Caudle, Asst. Atty. Gen., and Charles Oliphant, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Petition to review decision of the Tax Court of the United States docketed and dismissed, without costs to either party, on motion of respondent and consent of petitioner.

KOPPERS COMPANY, Inc., Petitioner, v. FEDERAL POWER COMMISSION
(two cases).

Nos. 13605, 13622.

Circuit Court of Appeals, Eighth Circuit.

Jan. 15, 1948.

John M. Crimmins, of Pittsburgh, Pa., for petitioner.

Amos M. Mathews, of Chicago, Ill., for intervening petitioners Chicago & North Western Ry. Co., et al., and John A. Maher, et al.

Phillip H. Porter, of Madison, Wis., for intervening petitioners John A. Maher, et al.

Bradford Ross, Gen. Counsel, Federal Power Commission, and Charles E. McGee, Asst. Gen. Counsel, Federal Power Commission, both of Washington, D. C., for respondent.

Lawrence I. Shaw and E. M. Petersen, both of Omaha, Neb., for intervening respondent Northern Natural Gas Co.

Bruce J. Broady, of St. Paul, Minn., for intervening respondent City of St. Paul.

Carl W. Cummins and Ray E. Cummins, both of St. Paul, Minn., for intervening respondent Northern States Power Co.

PER CURIAM.

Petitions to review orders of Federal Power Commission and interventions dismissed, on motion of petitioner and intervening petitioners and consent of respondent and intervening respondents.